IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

CAREY JASON WITTEN                                          PLAINTIFF

V.                          CIVIL ACTION NO. 5:22-CV-7-DCB-FKB

MISSISSIPPI DEPARTMENT OF PUBLIC
SAFETY; ADAMS COUNTY SHERIFF; and
ADAMS COUNTY, MISSISSIPPI                                   DEFENDANTS

FINAL JUDGMENT

THIS MATTER came before the Court on Defendants' Motion to
Dismiss for Lack of Jurisdiction [ECF No. 4] and Motion for
Judgment on the Pleadings [ECF No. 16]; and the Court, having found
that the case should be dismissed without prejudice due to lack of
subject-matter jurisdiction in an Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED
without prejudice.

SO ORDERED this 3rd day of August, 2022.

                              /s/ David C. Bramlette
                              DAVID C. BRAMLETTE III
                              UNITED STATES DISTRICT JUDGE